# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

ANTHONY LANE, : No. 19 WM 2015
:
        Petitioner :
:
:
:
        v. :
:
:
:
WASHINGTON COUNTY COURT OF :
COMMON PLEAS, :
:
        Respondent :

## ORDER

**PER CURIAM**

    **AND NOW**, this 24th day of April, 2015, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Mandamus is **DENIED**.